UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:24-CR-261 |
| v. | **FACTUAL BASIS** |
| **JONATHAN MOZEAK,**<br>**Defendant.** | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. From an unknown date, but beginning in on or about July 2017, through on or about January 2021, in the Western District of North Carolina, and elsewhere, Defendant JONATHAN MOZEAK ("Defendant") did knowingly and voluntarily combine, conspire, and agree with G.D., J.H.M., V.E.J. and other persons, to commit a money laundering offense in violation of 18 U.S.C. § 1956, namely, knowingly conducting and attempting to conduct a financial transaction affecting interstate commerce, and the transactions involved proceeds from a specified unlawful activity, to wit: drug trafficking, and the transactions were intended in whole or in part to conceal and disguise the nature, source, control, or ownership of the proceeds, and Defendant knew the property or proceeds involved in the financial transactions involved proceeds from an unlawful activity, and the proceeds were later determined to originate from drug trafficking.

2. Specifically, G.D. was a drug trafficker. During the course of the conspiracy, G.D. used drug proceeds to purchase numerous items from J.H.M. and V.E.J. in an attempt to launder his drug proceeds and disguise their character as drug proceeds, as well as G.D.'s ownership of the drug proceeds. Among the items purchased by G.D. and J.H.M. was an interest in a nightclub, partially utilizing G.D.'s drug proceeds. However, G.D.'s ownership in the nightclub was kept secret since he had no legitimate sources of income, and Defendant was later indicated to be the owner of the nightclub. In late 2020, G.D. informed J.H.M. that he wanted the drug proceeds he had invested in the nightclub returned. J.H.M. obtained $300,000 in currency and gave the money to G.D., who in turn gave it to Defendant and directed him to drive the currency to California and deliver it to a third party. Defendant was stopped by law enforcement in Oklahoma while transporting the currency from North Carolina to California, and $383,590 was seized, $300,000 was directly from the proceeds from the sale of the nightclub. Defendant was aware that the money he was transporting from North Carolina to California was the proceeds of some unlawful activity, and the investigation later determined the money was in fact drug proceeds.

RUSS FERGUSON
UNITED STATES ATTORNEY

ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis and the Bill of Indictment in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

DATED: 3/10/26

J.P. DAVIS, Attorney for Defendant

2